JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BLANCO and RICHARD ROYCE, et al., on behalf of themselves and all similarly situated individuals,<br><br>Plaintiffs,<br>v.<br>CITY OF RIALTO,<br><br>Defendant. | **Case No. 5:17-CV-00994-R-DTB**<br><br>**ORDER FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE** |
| AMBER JONES, et al.,<br><br>Plaintiffs,<br>v.<br>CITY OF RIALTO,<br><br>Defendant. | Case No. 5:17-CV-01514-R (AGRX) |

The Court has carefully reviewed the Settlement Agreement, the relevant Exhibits thereto, the Stipulation and this proposed Order. Based upon a review of the record, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED

AND DECREED as follows:

1.    The Settlement Agreement, which is incorporated herein by reference, is approved as fair, reasonable and just in all respects as to the Plaintiffs and putative plaintiffs, and the parties shall perform the Settlement Agreement in accordance with its terms;

2.    The Court reserves jurisdiction over these Actions for the purposes of enforcing the Settlement Agreement;

3.    The Court has made no findings or determination regarding the law, and this Stipulation and Order, the Settlement Agreement and any Exhibits, and any of the other documents or written materials prepared in conjunction with this Stipulation and Order shall not constitute evidence of, or any admission of, any violation of the law.

4.    The above captioned Actions are hereby dismissed with prejudice. The clerk shall close out these cases.

IT IS SO ORDERED.

Dated: November 27, 2017    _____
                                     HONORABLE MANUEL L. REAL
                                     UNITED STATES DISTRICT COURT JUDGE